COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Marvinell Harlan v. Texas Workforce Commission, Appeal Tribunal Hearing Officer J. Koehn, Hearing Officer J. Lawrence, and Commissioners Hope Andrade and Andres Alcantar |
| Appellate case number: | 01-17-00849-CV |
| Trial court case number: | 2015-11049 |
| Trial court: | 190th District Court of Harris County |

On August 7, 2018, this Court dismissed the appeal for want of jurisdiction. *See Harlan v. Tex. Workforce Comm'n*, No. 01-17-00849-CV, 2018 WL 3737639 (Tex. App.—Houston [1st Dist.] Aug. 7. 2018, no pet. h.) (mem. op.). A motion for rehearing was due by August 22, 2018. *See* TEX. R. APP. P. 49.1. Appellant, Marvinell Harlan, has filed three motions for an extension of time to file a motion for rehearing, and the deadline has been extended to November 12, 2018, with no further extensions. Nevertheless, appellant has filed a fourth motion for an extension of time and a motion to exceed the word length for her motion for rehearing. The motions are **granted**.

**Appellant's motion for rehearing is due to be filed no later than MONDAY, NOVEMBER 19, 2018. No additional extensions will be granted.**

It is so ORDERED.

Judge's signature: ___/s/ Russell Lloyd_____
        ☒ Acting individually    ☐ Acting for the Court

Date: __November 13, 2018____